| | |
|---|---|
| <u>DEFENDANT</u>: | CHRISTIAN MARTINEZ-RAMOS |
| <u>AGE/YOB</u>: | 1994 |
| <u>COMPLAINT FILED?</u> | ___X___ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER <u>22-mj-0062-KLM</u> |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | _X_ Yes   __ No |
| <u>OFFENSE(S)</u>: | **Count 1:** Title 21, United States Code, Sections 841(a)(1), b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 13:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 24:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Counts 25, 27, 40:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 28:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine |
| <u>LOCATION OF OFFENSE</u>: | Denver County; Denver, Colorado |

| | |
|---|---|
| PENALTY: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 13**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 24**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment<br><br>**Counts 25 and 27**<br>NLT 5 years<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment<br><br>**Count 28**<br>NMT 20 years imprisonment<br>NLT 5 years Supervised Release<br>NMT $500,000.00 or twice the value of the property involved in the money laundering transactions<br>$100 Special Assessment |
| AGENT: | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.